1   Donald R. Fischbach, Esq.       #053522
    Gary N. Lento, Esq.             #225118
2   BAKER, MANOCK & JENSEN
    A Professional Corporation
3   5260 North Palm Avenue, Suite 421
    Fresno, California 93704-2209
4   Telephone: (559) 432-5400
    Facsimile: (559) 432-5620
5   Email: drf@bmj-law.com
            gnl@bmj-law.com
6
    Joel T. Galanter, Esq.
7   ADAMS AND REESE LLP
    424 Church Street, Suite 2800
8   Nashville, Tennessee 37219-2386
    Telephone: (615) 259-1450
9   Email: joel.galanter@arlaw.com

10

11  Attorneys for HI-TEC SPORTS, PLC

12

13

14                  UNITED STATES DISTRICT COURT

15                EASTERN DISTRICT OF CALIFORNIA

16  HI-TEC SPORTS, PLC,                )   Case No. 1:05-CV-01544-AWI-SMS
                                       )
17                        Plaintiff,   )
                                       )   **STIPULATION AND ORDER TO:**
18        v.                           )
                                       )   1.    **EXTEND TIME FOR**
19  OUTDOOR CAP COMPANY, INC.          )         **DEFENDANT TO ANSWER**
                                       )         **PLAINTIFF'S COMPLAINT;**
20                        Defendant.   )
                                       )   2.    **CONTINUE SCHEDULING**
21                                     )         **CONFERENCE; and**
                                       )
22                                     )   3.    **CONTINUE SCHEDULING**
                                       )         **CONFERENCE ORDER.**
23  _____ )

24          Pursuant to Local Rules 6-144(a) and 83-143, Plaintiff, HI-TEC SPORTS, PLC, by

25  and through its attorneys of record, and Defendant, OUTDOOR CAP COMPANY, INC., by

26  through its attorneys, do hereby stipulate as follows:

27  ///

28  ///

---

**STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER COMPLAINT, TO CONTINUE
SCHEDULING CONFERENCE, AND TO CONTINUE SCHEDULING CONFERENCE ORDER**

**STIPULATION**

1.       Defendant, OUTDOOR CAP COMPANY, INC. ("Outdoor Cap"), is granted an extension of time to Friday, March 31, 2006, to file and serve its Answer to the Complaint of Plaintiff, HI-TEC SPORTS, PLC. ("Hi-Tec").  Outdoor Cap shall file its Answer in accordance with and pursuant to all applicable Federal and Local Rules.

2.       The Scheduling Conference currently scheduled for March 8, 2006, shall be continued to **9:15 a.m.** on **Tuesday, April 25, 2006**.  This Scheduling Conference shall take place before the Honorable Sandra M. Snyder, U.S. Magistrate Judge, in Courtroom No. 7 of the United States District Court, Eastern District of California Courthouse located at 2500 Tulare Street, Fresno, California.

3.       The current Scheduling Conference Order, including the Exhibit "A" thereto, shall continue in full force and effect.

Dated: February 21, 2006.

**BAKER, MANOCK & JENSEN**


By   /s/ Gary N. Lento
**Donald R. Fischbach, Esq.**
**Gary N. Lento, Esq.**
Attorneys for HI-TEC SPORTS, PLC

Dated: February 16, 2006.


**HEAD, JOHNSON & KACHIGIAN**


By   /s/ Mark G. Kachigian
**Mark G. Kachigian, Esq.**
228 West 17th Place
Tulsa, Oklahoma 74119
Tel:  (918) 587-2000
Fax: (918) 584-1718
Lead Attorneys for OUTDOOR CAP, INC.

**HARVEY •  SISKIND, LLP**
**D. Peter Harvey, Esq.**
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Tel: (415) 354-0100
Fax: (415) 391-7124
Local Attorneys for OUTDOOR CAP, INC.

STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER COMPLAINT, TO CONTINUE
SCHEDULING CONFERENCE, AND TO CONTINUE SCHEDULING CONFERENCE ORDER

1

**ORDER**

2          1.      Defendant, OUTDOOR CAP COMPANY, INC. ("Outdoor Cap"), is

3   granted an extension of time to Friday, March 31, 2006, to file and serve its Answer to the

4   Complaint of Plaintiff, HI-TEC SPORTS, PLC. ("Hi-Tec").  Outdoor Cap shall file its Answer in

5   accordance with and pursuant to all applicable Federal and Local Rules.

6          2.      The Scheduling Conference currently scheduled for March 8, 2006, shall be

7   continued to **9:15 a.m.** on **Tuesday, April 25, 2006**.  This Scheduling Conference shall take place

8   before the Honorable Sandra M. Snyder, U.S. Magistrate Judge, in Courtroom No. 7 of the United

9   States District Court, Eastern District of California Courthouse located at 2500 Tulare Street,

10  Fresno, California.

11         3.      The current Scheduling Conference Order, including the Exhibit "A"

12  thereto, shall continue in full force and effect.

13

14

15  IT IS SO ORDERED.

16  **Dated:   February 28, 2006           _____/s/ Sandra M. Snyder_____**
    icido3                              UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER COMPLAINT, TO CONTINUE
SCHEDULING CONFERENCE, AND TO CONTINUE SCHEDULING CONFERENCE ORDER**