Donald R. Fischbach, Esq.    #053522
Gary N. Lento, Esq.    #225118
BAKER, MANOCK & JENSEN
A Professional Corporation
5260 North Palm Avenue, Suite 421
Fresno, California 93704-2209
Telephone: (559) 432-5400
Facsimile: (559) 432-5620
Email: drf@bmj-law.com
       gnl@bmj-law.com

Joel T. Galanter, Esq.
ADAMS AND REESE LLP
424 Church Street, Suite 2800
Nashville, Tennessee 37219-2386
Telephone: (615) 259-1450
Email: joel.galanter@arlaw.com

Attorneys for HI-TEC SPORTS, PLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HI-TEC SPORTS, PLC,<br><br>            Plaintiff,<br><br>    v.<br><br>OUTDOOR CAP COMPANY, INC.<br><br>            Defendant. | Case No. 1:05-CV-01544-AWI-SMS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT OUTDOOR CAP COMPANY, INC. AND ORDER THEREON**<br><br>[Fed. Rules Civ. Proc., Rule 41 (a)(1)] |

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: April 18, 2006.            **ADAMS AND REESE LLP**


                                  By /s/ Joel T. Galanter
                                  **Joel T. Galanter, Esq.**
                                  Attorneys for HI-TEC SPORTS, PLC

                                  **BAKER, MANOCK & JENSEN**
                                  Donald R. Fischbach, Esq.
                                  Gary N. Lento, Esq.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT OUTDOOR CAP COMPANY, INC.,
AND ORDER THEREON**

Dated: April 11, 2006.                    **HEAD, JOHNSON & KACHIGIAN**

By /s/ Mark G. Kachigian
**Mark G. Kachigian, Esq.**
Attorneys for OUTDOOR CAP, INC.

**HARVEY SISKIND, LLP**
**D. Peter Harvey, Esq.**

## ORDER

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice. Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986). Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal. Fed. R. Civ. Pro. 41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4. Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated. See Fed. R. Civ. Pro. 41(a)(1)(ii); In re Wolf, 842 F.2d at 466; Gardiner, 747 F.2d at 1189; see also Gambale, 377 F.3d at 139; Commercial Space Mgmt, 193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT OUTDOOR CAP COMPANY, INC., AND ORDER THEREON**

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice.

IT IS SO ORDERED.

**Dated:   May 7, 2006**               /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISCRICT JUDGE